UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:25-cv-00940-PD                                                      Date: May 9, 2025

Title     SkyHop Global LLC v. The City of Los Angeles Department of Public Works Bureau of Contract Administration

Present:  The Honorable Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

     On February 3, 2025, Plaintiff SkyHop Global LLC ("Plaintiff") filed a complaint.  (ECF No. 1.)  The case was assigned to Magistrate Judge Patricia Donahue.  (ECF No. 2.)  On February 4, 2025, the Court Clerk issued a summons as to Defendant The City of Los Angeles Department of Public Works Bureau of Contract Administration ("Defendant").  (ECF No. 3.)  Also on February 4, 2025, the Court Clerk filed a Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent ("Notice of Assignment").  (ECF No. 2.)

     Pursuant to Federal Rule of Civil Procedure ("Rule") 4(m), Plaintiff is required to serve the summons and complaint on each defendant within ninety (90) days after the complaint is filed or risk dismissal of the action without prejudice against the unserved defendant(s).  *See* Fed. R. Civ. P. 4(m).  Pursuant to Central District of California Local Civil Rule ("Local Rule") 73-2.1, Plaintiff is required to serve the Notice of Assignment on each newly served party or party added to the case at the time of service of the summons and complaint or other initiating document.  *See* C.D. Cal. L.R. 73-2.1; *see also* Notice of Assignment.  Accordingly, Plaintiff was required to serve the summons, complaint, and Notice of Assignment on Defendant **by no later than May 5, 2025**.

     As of the date of this Order, Plaintiff has failed to file proof of service of the summons, complaint, and Notice of Assignment or request an extension of time in which to do so.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE by no later than June 8, 2025** why this Court should not recommend that the action be dismissed with prejudice for failure to prosecute.  Plaintiff may discharge this Order by filing a proof of service.

     It is so ordered.