JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYHOP GLOBAL LLC, | Case No. 2:25-cv-00940-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE CITY OF LOS ANGELES DEPARTMENT OF PUBLIC WORKS BUREAU OF CONTRACT ADMINISTRATION, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated: July 17, 2025      *PATRICIA DONAHUE*

_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE